JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATER BROS. MARKETS, A CALIFORNIA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 63, ON BEHALF OF BRETT MASSEY,<br><br>    Respondent. | Case No. EDCV 14-02275-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition to Confirm Arbitration Award is GRANTED. The Court orders that such judgment be entered.

Dated: December 5, 2014

                                 VIRGINIA A. PHILLIPS
                             United States District Judge